Eva K. Conlon, Appellant, *v.* Mission of the Immaculate Virgin for the Protection of Homeless and Destitute Children et al., Respondents.

*Conlon* v. *Mission of the Immaculate Virgin, etc.*, 104 App. Div. 630, affirmed.

(Argued December 6, 1906; decided December 21, 1906.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 18, 1905, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action for the specific performance of a contract alleged to have been made by a decedent as to the disposal of his estate.

*Charles H. Blair* for appellant.

*B. P Ryan, George S. Daniels, Lewis S. Goebel, Weeks W. Culver* and *Charles W. Culver* for respondents.

Judgment affirmed, with costs ; no opinion.

Concur : Cullen, Ch. J., O'Brien, Edward T. Bartlett, Haight, Vann, Willard Bartlett and Chase, JJ.